UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    CIVIL ACTION
                                                    No: **18-10273-WGY**

**FERNANDEZ**
**Plaintiff**

v.

**MONIZ  et al**
**Defendants**

**ORDER**

YOUNG, D.J.

     This case has just been reassigned to this Session of the Court.  I need some time to review this petition.  The petitioner is thus not to be removed from the District of Massachusetts until further order of the Court

                                                  By the Court,

                                                  _/s/ Jennifer Gaudet_
                                                  **Deputy Clerk**

**March 16, 2018**

**To: All Counsel**