# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Paulo Estevao Fernandez

           Petitioner

     V.

Antone Moniz

           Respondent

CIVIL ACTION

NO. <u>18cv10273-WGY</u>

## ORDER OF DISMISSAL

<u>YOUNG D.J.</u>,

In accordance with the Court's ORDER entered on March 23, 2018, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

|  | By the Court, |
|---|---|
| March 23, 2018 | /s/Matthew A. Paine |
| Date | Deputy Clerk |